**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**EXECUTIVE COMMITTEE ORDER**
**UNDER SEAL**

Pursuant to the guidance dated August 1, 2025, from the Director of the Administrative Office of the United States Courts, the Clerk of Court is directed to remove this filing from CM/ECF.   Until further order of the Court, the Clerk of Court shall maintain the filing in a secure manner.   Furthermore, when requested, the Clerk of Court shall provide a copy of this document to a judicial officer of this court or an approved member of their staff or the Clerk's Office.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 15th day of August 2025